IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02407-BNB

RANDALL ZANDSTRA,

    Applicant,

v.

SHERIFF JOHN COOKE,
WELD COUNTY SHERIFF'S OFFICE,
HEAD "JOHN DOE" OF THE COLORADO DEPARTMENT OF CORRECTIONS,
STATE OF COLORADO DISTRICT COURT, and
ALL PERSONS KNOWN OR UNKNOWN WHO ARE RESPONSIBLE FOR THE
    ISSUANCE OF THE ATTACHED DETAINER FROM WELD COUNTY
    SHERIFF'S OFFICE,

    Respondents.

---

ORDER OF DISMISSAL

---

Applicant, Randall Zandstra, is in the custody of the New Jersey Department of Corrections and currently is incarcerated at the Southern State Correctional Facility in Delmont, New Jersey. Applicant, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 challenging a detainer placed against him by the Sheriff of Weld County, Colorado. In an order entered on September 11, 2012, Magistrate Judge Boyd N. Boland instructed Applicant to cure deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland instructed Applicant that his claims should be filed pursuant to 28 U.S.C. 2241 and ordered Applicant to submit a Court-approved from used in filing a § 2241 action. Magistrate Judge Boland also instructed Applicant either to pay the $5.00 filing fee or in

the alternative to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action.

Magistrate Judge Boland warned Applicant that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Applicant now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Therefore, the action will be dismissed without prejudice for failure to cure all noted deficiencies.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Applicant files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  17th  day of    October   , 2012.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court