IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02407-LTB

RANDALL ZANDSTRA,

    Applicant,

v.

SHERIFF JOHN COOKE,
WELD COUNTY SHERIFF'S OFFICE,
HEAD "JOHN DOE" OF THE COLORADO DEPARTMENT OF CORRECTIONS,
STATE OF COLORADO DISTRICT COURT, and
ALL PERSONS KNOWN OR UNKNOWN WHO ARE RESPONSIBLE FOR THE
    ISSUANCE OF THE ATTACHED DETAINER FROM WELD COUNTY
    SHERIFF'S OFFICE,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 17, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 17 day of October, 2012.

                                      FOR THE COURT,

                                      JEFFREY P. COLWELL, Clerk

                                      By: s/L. Gianelli
                                          Deputy Clerk